**No. P67/382.**—Gold-Win Tool & Hardware Co. *v.* United States, protest 66/26533 (New York).

**No. P67/383.**—Gold-Win Tool & Hardware Co. *v.* United States, protest 66/78100 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.

**No. P67/384.**—Novelty Import Co., Inc. *v.* United States, protest 60/8668 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of miniature pocketknives similar in all material respects to those the subject of *Paul E. Sernau, Inc.* v. *United States* (46 Cust. Ct. 514, Abstract 65737), the claim of the plaintiff was sustained.

**No. P67/385.**—Widener Mfg. Corp. et al. *v.* United States, protests 64/17075, etc. (New York).

**No. P67/386.**—Intercontinental Fibres, Inc. *v.* United States, protest 66/8407 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of nylon monofilament yarn similar in all material respects to that the subject of *Chester Tricot Mills, Inc.* v. *United States* (56 Cust. Ct. 532, C.D. 2695), the claim of the plaintiffs was sustained.